IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORIO DISTAJO, JR. | : | CIVIL ACTION |
| v. | : | |
| PNC BANK, N.A. | : | NO. 09-2712 |

## ORDER

**AND NOW**, this 27th day of October, 2009, upon consideration of Defendant PNC Bank, N.A.'s Motion to Dismiss Plaintiff's Complaint (Docket No. 3), Plaintiff's response thereto, and Defendant's reply, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Leave to File a Reply Brief (Docket No. 6) is **GRANTED**.

2. Defendant's Motion to Dismiss is **GRANTED**.

3. Plaintiff's Complaint is **DISMISSED**.

4. **JUDGMENT IS ENTERED** in favor of Defendant PNC Bank, N.A. and against Plaintiff Gregorio Distajo.

5. The Clerk of Court shall **CLOSE** this matter statistically.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.